Submitted January 28, affirmed March 2, petition for review denied May 26, 2011
(350 Or 408)

**STATE OF OREGON,**
*Plaintiff-Respondent,*

*v.*

**UGESH PRASAD,**
*Defendant-Appellant.*

Beaverton Municipal Court
M8043941, M8043942; A141631

249 P3d 157

Peter Gartlan, Chief Defender, and Ingrid A. MacFarlane, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

John R. Kroger, Attorney General, David B. Thompson, Interim Solicitor General, and Christina M. Hutchins, Senior Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Brewer, Chief Judge, and Armstrong, Judge.

PER CURIAM

Affirmed. *State v. Neill*, 216 Or App 499, 173 P3d 1262 (2007), *rev den*, 344 Or 671 (2008).